RECEIVED
IN LAKE CHARLES, LA

OCT 0 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBYN LITTLE DAVIS** | * | CIVIL ACTION NO. 2:15-CV-00562 |
| v. | * | JUDGE MINALDI |
| **JAMES ROGER** | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 33) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections entitled "Notice of Appeal" (Rec. Doc. 34), the defendant's response (Doc. 36), the petitioner's response to defendant's response (Rec. Doc. 37)[1] and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* (Rec. Doc. 11) be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 4 day of Oct, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Both the defendant's and petitioner's responses are considered as responses to the Report and Recommendation of the Magistrate Judge (Rec. Doc. 33) and petitioner's Motion for Certificate of Appealability (Rec. Doc. 35).